# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

XUEJIE HE,
HEYANGJING SHI

                  *Plaintiff(s)*
*(Write the full name of each plaintiff who is filing this complaint.*
*If the names of all the plaintiffs cannot fit in the space above,*
*please write "see attached" in the space and attach an additional*
*page with the full list of names.)*

                  **-v-**

UNITED STATES,
STATE OF NEW JERSEY,
STATE OF NEW YORK, see attached

                  *Defendant(s)*
*(Write the full name of each defendant who is being sued. If the*
*names of all the defendants cannot fit in the space above, please*
*write "see attached" in the space and attach an additional page*
*with the full list of names.)*

Case No. _____

      *(to be filled in by the Clerk's Office)*

Jury Trial: *(check one)* ☑ Yes   ☐ No

## COMPLAINT FOR A CIVIL CASE

## I. The Parties to This Complaint A. The Plaintiff(s)

### A. The Plaintiff(s)

Plaintiff No. 1:

| | |
|---|---|
| Name: | Xuejie He (Plaintiff or "He") |
| Job or Title : | Chinese, an architect, project manager, and employer of a design studio in the China |
| Street Address : | 40 Ann Street |
| City and County : | New York |
| State and Zip Code : | New York 10038 |
| Telephone Number : | (347) 268-9418 |

1

Plaintiff No. 2:

| | |
|---|---|
| Name: | Heyangjing Shi  (Plaintiff or "Shi") |
| Job or Title : | Chinese, International Students from the China |
| Street Address : | 162 Westervelt Ave |
| City and County : | Staten Island, |
| State and Zip Code : | New York 10301 |
| Telephone Number : | (425) 205-1535 |

## B.  The Defendant(s)

Defendant No. 1:

| | |
|---|---|
| Name: | United States  (Defendant or "US") |
| Company Type: | Executive department |
| Street Address : | Department Justice, 950 Pennsylvania Ave., N.W., |
| City and County : | |
| State and Zip Code : | Washington, D. C. 20530-0001 |
| Telephone Number : | (202) 514-4609 |

Defendant No. 2:

| | |
|---|---|
| Name: | State Of New Jersey  (Defendant or "NJ") |
| Company Type: | Government agencies of United States |
| Street Address : | The Honorable Phil Murphy, Governor of New Jersey State, PO Box 001 |
| City and County : | Trenton, |
| State and Zip Code : | New Jersey 08625 |
| Telephone Number : | (609) 292-6000 |

Defendant No. 3:

| | |
|---|---|
| Name: | State Of New York (Defendant or "NY") |
| Company Type: | Government agencies of United States |
| Street Address : | The Honorable Andrew M. Cuomo, Governor of New York State, NYS State Capitol Building |
| City and County : | Albany |
| State and Zip Code : | New York 12224 |
| Telephone Number : | (518) 474-8390 |

Defendant No. 4:

Name:                    Union City Police Department, New Jersey (Defendant or
                         "UCNJPD")

Company Type:            Government agencies of New Jersey

Street Address :         3715 Palisade Ave

City and County :        Union City,

State and Zip Code :     New Jersey 07087

Telephone Number :       (201) 865-1111

Defendant No. 5:

Name:                    Guttbenberg Police Department(Defendant or "GNJPD")

Company Type:            Government agencies of New Jersey

Street Address :         6808 Park Avenue

City and County :        Guttenberg

State and Zip Code :     New Jersey 07093

Telephone Number :       (201) 868-3300

Defendant No. 6:

Name:                    Chasan Lamparello Mallon & Cappuzzo PC (Defendant or
                         "CLM & C")

Company Type:            Corporation Independent, Private equity

Street Address :         300 Lighting Way

City and County :        Secaucus

State and Zip Code :     New Jersey 07094

Telephone Number :       (201) 348-6000

Defendant No. 7:

Name:                    Hudson Hospital Opco LLC (Defendant or "HHO")

Company Type:            Corporation Independent , Health Care Facilities & Svcs

Street Address :         176 Palisade Avenue

City and County :        Jersey City

State and Zip Code :     New Jersey 07306

Telephone Number :       (201) 795-8200

Defendant No. 8:

Name:                    CarePoint Health-Christ Hospital (Defendant or
                         "CH-CH")

3

Company Type:          Subsidiary of HHO
Street Address :       176 Palisade Avenue
City and County :      Jersey City
State and Zip Code :   New Jersey 07306
Telephone Number :     (201) 795-8200

Defendant No. 9:
Name:                  Hudson County Prosecutor's Office (Defendant or "HCPO")
Company Type:          Government agencies of New Jersey
Street Address :       595 Newark Avenue
City and County :      Jersey City
State and Zip Code :   New Jersey 07306
Telephone Number :     (201) 795-6400

Defendant No. 10:
Name:                  Delta Air Lines, Inc (Defendant or "DAL")
Company Type:          Corporation Independent, Passenger Transportation
Street Address :       1030 Delta Blvd
City and County :      Atlanta
State and Zip Code :   Georgia 30320
Telephone Number :     (404) 715-2600

Defendant No. 11:
Name:                  Alibaba Group Holding Limited (Defendant or "AGHL")
Company Type:          Corporation Independent, Retail - Discretionary
Street Address :       400 South El Camino Real Suite 400
City and County :      San Mateo
State and Zip Code :   California 94402
Telephone Number :     (408) 785-5580

Defendant No. 12:
Name:                  Taobao (Defendant or "TB")
Company Type:          Taobao Owner is AGHL
Street Address :       400 South El Camino Real Suite 400
City and County :      San Mateo
State and Zip Code :   California 94402
Telephone Number :     (408) 785-5580

4

Defendant No. 13:

| | |
|---|---|
| Name: | Aslan Aviation Services (Shanghai) Co., Ltd. (Defendant or "AAS") |
| Company Type: | Subsidiary of Taobao |
| Street Address : | 400 South El Camino Real Suite 400 |
| City and County : | San Mateo |
| State and Zip Code : | California 94402 |
| Telephone Number : | (408) 785-5580 |

Defendant No. 14:

| | |
|---|---|
| Name: | Derek Smith Law Group, PLLC (Defendant or "DSLG") |
| Company Type: | law firm located |
| Street Address : | One Pennsylvania Plaza,Suite 4905 |
| City and County : | New York, NY 10119 |
| State and Zip Code : | New York 10119 |
| Telephone Number : | (212) 587-0760 |

Defendant No. 15:

| | |
|---|---|
| Name: | Coalition for the Homeless(Defendant or"CFH") |
| Company Type: | Social services organization |
| Street Address : | 129 Fulton St, |
| City and County : | New York |
| State and Zip Code : | New York 10038 |
| Telephone Number : | (212) 776-2000 |

Defendant No. 16:

| | |
|---|---|
| Name: | Catholic Charities Community Services Center(Defendant or"CCCSC") |
| Company Type: | Community Services |
| Street Address : | 80 Maiden Lane, 13th |
| City and County : | New York, |
| State and Zip Code : | New York 10038 |
| Telephone Number : | (212) 419-3700 |

Defendant No. 17:

| | |
|---|---|
| Name: | New York City (Defendant or "NYC") |
| Company Type: | Government agencies of New York |

5

| | |
|---|---|
| Street Address : | Major Bill de Blasio, City Hall |
| City and County : | New York |
| State and Zip Code : | New York 10007 |
| Telephone Number : | 311 or 212-NEW-YORK outside NYC |

Defendant No. 18:

| | |
|---|---|
| Name: | New York City Human Resources Administration (Defendant or "NYC-HRA") |
| Company Type: | Jurisdiction is NYC |
| Street Address : | 260 11th Ave |
| City and County : | New York |
| State and Zip Code : | New York 10001 |
| Telephone Number : | (888) 692-6116 |

Defendant No. 19:

| | |
|---|---|
| Name: | New York City Rescue Mission (Defendant or "NYC-RM") |
| Company Type: | Corporation Independent, Rescue mission |
| Street Address : | 90 Lafayette St |
| City and County : | New York |
| State and Zip Code : | New York 10013 |
| Telephone Number : | (212) 226-6214 |

Defendant No. 20:

| | |
|---|---|
| Name: | Trinity Commons (Defendant or "TC") |
| Company Type: | Corporation Independent, |
| Street Address : | 76 Trinity Pl, |
| City and County : | New York |
| State and Zip Code : | New York 10006 |
| Telephone Number : | (212) 602-0800 |

Defendant No. 21:

| | |
|---|---|
| Name: | Trinity Episcopal Church Parish Center (Defendant or "TECPC") |
| Company Type: | Agency of TC |
| Street Address : | 76 Trinity Pl, |
| City and County : | New York |
| State and Zip Code : | New York 10006 |
| Telephone Number : | (212) 602-0800 |

6

Defendant No. 22:

Name:                          New York-Presbyterian Foundation Inc
                               (Defendant or "NY-PFI")

Company Type:                  Corporation Independent, Health Care

Street Address:                525 East 68th Street

City and County:               New York

State and Zip Code:            New York 10065-4870

Telephone Number:              (212) 297-4356

Defendant No. 23:

Name:                          New York-Presbyterian Hospital  (Defendant or "NYP")

Company Type:                  Parent organization is NY-PFI

Street Address:                525 E 68th St

City and County:               New York

State and Zip Code:            New York 10065

Telephone Number:              (646) 317-7300

Defendant No. 24:

Name:                          NewYork-Presbyterian Lower Manhattan Hospital
                               (Defendant or "NY-PLMH")

Company Type:                  Affiliated with WCM and, NYP's Subsidiaries

Street Address:                170 William St

City and County:               New York

State and Zip Code:            New York 10038

Telephone Number:              (212) 312-5000

Defendant No. 25:

Name:                          Weill Cornell Medical  (Defendant or "WCM")

Job or Title:                  Private medical school, Affiliated with NYP

Street Address:                1300 York Avenue

City and County:               New York

State and Zip Code:            New York 10065

Telephone Number:              (212) 746-5454

Defendant No. 26:

Name:                          John C

7

Job or Title :           Cantonese Interpreter for NY-PLMH
Street Address :         170 William St
City and County :        New York
State and Zip Code :     New York 10038
Telephone Number :       (212) 312-5000

Defendant No. 27:
Name:                    Modern Medical.PC (Defendant or "MM")
Company Type:            Corporation Independent, Medical center
Street Address :         225 Broadway Suite 1420
City and County :        New York
State and Zip Code :     New York 10007
Telephone Number :       (212) 571-5000

Defendant No. 28:
Name:                    Affinity Health Plan Inc (Defendant or "AHP")
Company Type:            Corporation Independent, Health insurance agency
Street Address :         1776 Eastchester Road
City and County :        Bronx,
State and Zip Code :     New York 10461
Telephone Number :       (718) 794-7700

Defendant No. 29:
Name:                    Centene Corporation (Defendant or "CC")
Company Type:            Public company, Health insurance company
Street Address :         7700 Forsyth Blvd
City and County :        Saint Louis
State and Zip Code :     Missouri 63105
Telephone Number :       ( 314) 725-4477

Defendant No. 30:
Name:                    Fidelis Care (Defendant or "FC")
Company Type:            CC's Subsidiaries, Health insurance company
Street Address :         529 Central Ave
City and County :        Dunkirk
State and Zip Code :     New York 14048
Telephone Number :       (888) 343-3547

Defendant No. 31:

Name:                        New York City Police Department (Defendant or
                             "NYCPD")

Company Type:                Government law enforcement agency of NYC

Street Address :             1 Police Plaza Path

City and County :            New York

State and Zip Code :         New York 10038

Telephone Number :           (646) 610-5000


Defendant No. 32:

Name:                        New York City Police Department 109th Precinct (Defendant
                             or "NYCPD-109P")

Company Type:                Government law enforcement agency of NYC

Street Address :             37-05 Union St

City and County :            Flushing

State and Zip Code :         New York 11354

Telephone Number :           (718) 321-2250


Defendant No. 33:

Name:                        New York City Police Department 120th Precinct (Defendant
                             or "NYCPD-120P")

Company Type:                Government law enforcement agency of NYC

Street Address :             78 Richmond Terrace,

City and County :            Staten Island

State and Zip Code :         New York 10301

Telephone Number :           (718) 876-8500


Defendant No. 34:

Name:                        New York City Police Department 121th Precinct (Defendant
                             or "NYCPD-121P")

Company Type:                Government law enforcement agency of NYC

Street Address :             970 Richmond Avenue

City and County :            Staten Island

State and Zip Code :         New York 10314-1503

Telephone Number :           (718) 697-8700


Defendant No. 35:

Name:                        Garden of Hope (Defendant or "GOH")

| | |
|---|---|
| Company Type: | Corporation Independent, Shelter Services |
| Street Address : | 126-02 82nd Avenue |
| City and County : | Kew Gardens |
| State and Zip Code : | New York 11415 |
| Telephone Number : | (718) 321-8862 |

Defendant No. 36:

| | |
|---|---|
| Name: | New York City Transit Authority  (Defendant or "NYC-TA") |
| Company Type: | Owner is New York City |
| Street Address : | 130 Livingston St |
| City and County : | Brooklyn |
| State and Zip Code : | New York 11201 |
| Telephone Number : | (718) 330-1234 |

Defendant No. 37:

| | |
|---|---|
| Name: | Transit Adjudication Bureau (Defendant or "TAB") |
| Company Type: | Agency of the government of NYC |
| Street Address : | 29 Gallatin Pl |
| City and County : | Brooklyn |
| State and Zip Code : | New York 11201 |
| Telephone Number : | (347) 643-5805 |

Defendant No. 38:

| | |
|---|---|
| Name: | New York City Department of Transportation (Defendant or "NYC-DOT") |
| Company Type: | Agency of the government of NYC |
| Street Address : | 55 Water Street, 9th Floor |
| City and County : | New York |
| State and Zip Code : | New York 10041 |
| Telephone Number : | (212) 639-9675 |

Defendant No. 39:

| | |
|---|---|
| Name: | New York City Department of Design and Construction (Defendant or "NYC-DDC") |
| Company Type: | Department of the government of NYC |
| Street Address : | 30-30 Thomson Avenue |
| City and County : | Long Island City |
| State and Zip Code : | New York 11101 |

Telephone Number :      (718) 391-1000

Defendant No. 40:
Name:      New York City Department of Housing Preservation and Development (Defendant or "NYC-HPD")
Company Type:      Department of the government of NYC
Street Address :      100 Gold St
City and County :      New York
State and Zip Code :      New York 10038
Telephone Number :      (917) 286-4300

Defendant No. 41:
Name:      Mount Sinai Health System Inc (Defendant or  "MSHS")
Company Type:      Corporation Independent
Street Address :      1 Gustave L Levy Pl
City and County :      New York
State and Zip Code :      New York 10029
Telephone Number :      (212)  659-8500

Defendant No. 42:
Name:      Icahn School of Medicine at Mount Sinai (Defendant or "ISMMS")
Company Type:      MSHS's Subsidiaries, Private, graduate, medical
Street Address :      1 Gustave L. Levy Pl
City and County :      New York
State and Zip Code :      New York 10029
Telephone Number :      (212) 241-6696

Defendant No. 43:
Name:      Mount Sinai Hospital  (Defendant or  "MSH")
Company Type:      MSHS's Subsidiaries, Affiliated ISMMS
Street Address :      1 Gustave L. Levy Place and 1468 Madison Avenue,
City and County :      New York
State and Zip Code :      New York 10029-6574
Telephone Number :      (212) 241-6500

Defendant No. 44:
Name:      Mount Sinai Beth Israel   (Defendant or  "MSBI")

| Company Type: | MSHS's Subsidiaries, Affiliated ISMMS |
| Street Address : | 281 First Avenue(First Avenue at 16th St) |
| City and County : | New York |
| State and Zip Code : | New York 10003 |
| Telephone Number : | (212) 420-2000 |

Defendant No. 45:

| Name: | Mount Sinai West (Defendant or "MSW") |
| Company Type: | MSHS's Subsidiaries, Affiliated ISMMS |
| Street Address : | 1000 10th Avenue |
| City and County : | New York |
| State and Zip Code : | New York 10019 |
| Telephone Number : | (212) 523-4000 |

Defendant No. 46:

| Name: | Richmond University Medical Center (Defendant or "RUMC") |
| Company Type: | MSHS's Subsidiaries, Affiliated ISMMS |
| Street Address : | 355 Bard Ave |
| City and County : | Staten Island |
| State and Zip Code : | New York 10310 |
| Telephone Number : | (718) 818-1234 |

Defendant No. 47:

| Name: | Office Of The New York City Comptroller (Defendant or "ONYC.CO") |
| Company Type: | Office of the government of NYC |
| Street Address : | 1 Center Street, |
| City and County : | New York |
| State and Zip Code : | New York 10007 |
| Telephone Number : | (212) 669-3916 |

Defendant No. 48:

| Name: | New York University (Defendant or "NYU") |
| Company Type: | Private university |
| Street Address : | 70 Washington Square South |
| City and County : | New York |
| State and Zip Code : | New York 10012 |

Telephone Number : (212) 998-1212

Defendant No. 49:
Name: New York University College of Dentistry  (Defendant or "NYU-CD")
Company Type: NYU's Sub-school
Street Address : 345 E 24th St,
City and County : New York
State and Zip Code : New York 10010
Telephone Number : (212) 998-9800

Defendant No. 50:
Name: Metropolitan Dental Associates  (Defendant or  "MDA")
Company Type: Dental clinic
Street Address : 225 Broadway
City and County : New York
State and Zip Code : New York 10007
Telephone Number : (212) 732-7400

Defendant No. 51:
Name: Legal Services NYC  (Defendant or  "LSNYC")
Company Type: Non-profit,  Legal services
Street Address : 40 Worth Street, Suite 606
City and County : New York
State and Zip Code : New York 10013
Telephone Number : 646-442-3600

Defendant No. 52:
Name: The Legal Aid Society  (Defendant or  "TLAS")
Company Type: Non-profit,  Legal services
Street Address : 199 Water Street
City and County : New York
State and Zip Code : New York 10038
Telephone Number : 212-577-3300

Defendant No. 53:
Name: New York City Marshals   (Defendant or  "NYCM")
Job or Title : City government office

Street Address :          370 Atlantic Ave

City and County :         Brooklyn

State and Zip Code :    New York 11217

Telephone Number :    (718) 330-0242


Defendant No. 54:

Name:                Camba, Inc. (Defendant or "CB")

Company Type:       Non-profit, Social services

Street Address :          885 Flatbush Ave 4th Floor

City and County :         Brooklyn

State and Zip Code :    New York 11226

Telephone Number :    (718) 940-3453


Defendant No. 55:

Name:                City University of New York (Defendant or "CUNY")

Company Type:       Public university of NYC

Street Address :          205 East 42nd Street

City and County :         New York

State and Zip Code :    New York 10017

Telephone Number :    800-286-9937


Defendant No. 56:

Name:                Borough of Manhattan Community College (Defendant or "BMCC")

Company Type:       CUNY's part

Street Address :          199 Chambers Street

City and County :         New York

State and Zip Code :    New York 10007

Telephone Number :    (212) 220-8000


Defendant No. 57:

Name:                Renata V Weber (Defendant or "Weber")

Job or Title :            Surgery of the Hand, MD

Street Address :          1049 5th Ave Ste 2D

City and County :         New York

State and Zip Code :    New York 10028

Telephone Number :    (201) 549-8860

Defendant No. 58:
Name:                    Joan M. Kenney (Defendant or "Kenney")
Job or Title :           Judge,
Street Address :         111 Centre St
City and County :        New York
State and Zip Code :     New York 10013
Telephone Number :       (646) 386-5750

Defendant No. 59:
Name:                    Doris Ling-Cohan (Defendant or "Cohan")
Job or Title :           Judge, Appellate Term,
Street Address :         60 Centre Street
City and County :        New York
State and Zip Code :     New York 10007
Telephone Number :       (646) 386-3040

Defendant No. 60:
Name:                    Lizbeth Gonzalez (Defendant or "Gonzalez")
Job or Title :           Judge, Appellate Term,
Street Address :         60 Centre Street
City and County :        New York
State and Zip Code :     New York 10007
Telephone Number :       (646) 386-3040

Defendant No. 61:
Name:                    Matthew F. Cooper (Defendant or "Cooper")
Job or Title :           Judge, Appellate Term,
Street Address :         60 Centre Street
City and County :        New York
State and Zip Code :     New York 10007
Telephone Number :       (646) 386-3040

Defendant No. 62:
Name:                    Louis. L Stanton  (Defendant or "Stanton")
Job or Title :           Judge, SDNY
Street Address :         500 Pearl St
City and County :        New York

State and Zip Code :     New York 10007

Telephone Number :     (212) 805-0136

Defendant No. 63:

Name:     Barrington D. Parker  (Defendant or "Parker")

Job or Title :     Judge, 2d Cir

Street Address :     40 Foley Square,

City and County :     New York

State and Zip Code :     New York 10007

Telephone Number :     (212) 857-8500

Defendant No. 64:

Name:     Peter W. Hall  (Defendant or "Hall")

Job or Title :     Judge, 2d Cir

Street Address :     40 Foley Square,

City and County :     New York

State and Zip Code :     New York 10007

Telephone Number :     (212) 857-8500

Defendant No. 65:

Name:     Christopher F. Droney   (Defendant or "Droney")

Job or Title :     Judge, 2d Cir

Street Address :     40 Foley Square,

City and County :     New York

State and Zip Code :     New York 10007

Telephone Number :     (212) 857-8500

Defendant No. 66:

Name:     Kimberley Slade  (Defendant or "Slade")

Job or Title :     Judge, Civil Court

Street Address :     927 Castleton Ave

City and County :     Staten Island

State and Zip Code :     New York 10310

Telephone Number :     (646) 386-5700

Defendant No. 67:

Name:     Li Yanfen   (Defendant or "Li")

Job or Title :     landlord

Street Address :     126 scribner ave

| | |
|---|---|
| City and County : | staten island |
| State and Zip Code : | New York 10301 |
| Telephone Number : | (917) 520-0389 |

Defendant No. 68:

| | |
|---|---|
| Name: | Mash Jim  (Defendant or " Mash") |
| Job or Title : | |
| Street Address : | 126 scribner ave |
| City and County : | staten island |
| State and Zip Code : | New York 10301 |
| Telephone Number : | |

Defendant No. 69:

| | |
|---|---|
| Name: | Liufeng Chen  (Defendant or "Chen") |
| Job or Title : | |
| Street Address : | 126 scribner ave |
| City and County : | staten island |
| State and Zip Code : | New York 10301 |
| Telephone Number : | |

Defendant No. 70:

| | |
|---|---|
| Name: | John Doe Jim   (Defendant or "John J") |
| Job or Title : | |
| Street Address : | 126 scribner ave |
| City and County : | staten island |
| State and Zip Code : | New York 10301 |
| Telephone Number : | (917) 520-0389 |

Defendant No. 71:

| | |
|---|---|
| Name: | Hingsze Cho (Defendant or "Cho") |
| Job or Title : | landlord |
| Street Address : | 126 scribner ave |
| City and County : | staten island |
| State and Zip Code : | New York 10301 |
| Telephone Number : | |

Defendant No. 72:

| | |
|---|---|
| Name: | John Doe B |

17

Job or Title :                     Property owner
Street Address :               126 scribner ave
City and County :             staten island
State and Zip Code :        New York 10301
Telephone Number :

Plaintiff is ignorant of the true names and capacities of Defendants sued herein as John

DOES 1 through 170, inclusive, Plaintiff will amend this complaint to allege their true

names and capacities when ascertained. (Pleading DOES)

Plaintiffs are informed and believes and thereon alleges that, at all times herein mentioned,

the Defendants sued herein was the agent and employee of each of the remaining

Defendants and was at all times acting within the purpose and scope of such agency and

employment. (Pleading General Agency)

## II.  Basis for Jurisdiction

### A.  Federal question:

The United States Constitution  Equal Protection Clause of the Fourteenth Amendment.

42 U.S.C. § 2000h-2, Racial Discrimination Act 1975 (11)(c)(18A)(18E).

1)  Discrimination; Domestic violence victim status Et. 2) Personal Injury; Et.

### B.  Jurisdiction Is Diversity of Citizenship:

1)  The Plaintiffs Xuejie He and Heyangjing Shi are citizen of Chinese. The defendant,

2)  NJ, UCNJPD, GNJPD, CLM & C, HHO, CH-CH,HCPO, Weber are incorporated

under the laws of the State of New Jersey and has its principal place of business in

the State of New Jersey. The defendant, NY, DSLG, CFH, CCCSC, NYC, NYC-

HRA, NYC-RM, TC, TECPC, NY-PFI, NYP, NY-PLMH, WCM, NY-PLMH, MM, AHP, CC, FC, NYCPD, NYCPD-109P, NYCPD-120P, NYCPD-121P, GOH, NYC-TA, TAB, NYC-DOT, NYC-DDC, NYC-HPD, MSHS, ISMMS, MSH, MSBI, MSW, RUMC, ONYC.CO, NYU, NYU-CD, MDA, LSNYC, TLAS, NYCM, CB, CUNY, BMCC are incorporated under the laws of the State of New York and has its principal place of business in the State of New York.

3) The defendant, John C, Kenney, Cohan, Gonzalez, Cooper, Stanton, Parker, Hall, Droney, Slade, Li, Mash, Chen, John J, Cho, John Doe B are a citizen of the State of New York.

4) The defendant DAL is incorporated under the laws of the State of Georgia and has its principal place of business in worldwide.

5) The defendant AGHL, TB, AAS are incorporated under the laws of the China and has its principal place of business in worldwide. The amount at stake is more than $75,000. This Court has jurisdiction Under 28 U.S.C. § 1331 and 28 U.S.C. § 1332.

6) This case was between two states New Jersey and New York, The Supreme Court of the United States has original jurisdiction over this action and personal jurisdiction over the parties pursuant to Article III of the Constitution of the United States. See also 28 U. S. C. §1251.

## VII. Statement of Claim

1. On February 09, 2016, Plaintiff He made a report to Defendant US, NJ, UCNJPD and GNJPD employees Pelaez Frank(PO) , John A(PO) and John B(PO) at 6808 Park

19

Avenue, Guttenberg NJ 07093. He can't speck English,  Frank found a Chinese man John Doe A to translate for He, that He was raped by her boyfriend on February 07, 2016, she shouted to boyfriend stop having sex,  boyfriend covered her mouth with his hand,  He bit into boyfriends' one  fingers, but he kept going until he finished and, He lower body bleeds continuously.

2. Defendants US, NJ, UCNJPD and GNJPD refused He to sign for confirm the content of the report and,

3. refused to provide this report on the spot to He, then

4. didn't sent her didn't send the He to medical forensic examination, sent her to the Defendant HHO, CH-CH at 176 Palisade Avenue, Jersey City.

5. At all times in CH-CH mentioned, He was serviced by Video Remote Interpreter.

6. Defendants US, NJ, UCNJPD, HCPO or GNJPD employees JaneA(PO) and JaneB(PO) insulted He as a prostituteby on 176 Palisade Avenue, Jersey City , that

7. How many people have had sex with He? and,

8. threatened He at intimidation that they will check the DNA on her underwear to know how many people have sex with He and,

9. letted her waiting them would call again for interrogate and,

10. took the He's panties and three days of bleeding paper and refused to provide Receipt then,  as |E-4-7||E-14|

11. Defendant HHO, CH-CH employees Caitlin M Jones(MD) accepted He chief complaint was the Sexual Assault (in CH-CH), then

12. Caitlin only make He took off pants and watched her vagina, uterus and anal were bleeding, only told she everything was good, it was period and,

13. cotton swab dipped blood in her uterus, no any examination, no any photo and,

14. didn't send the He to medical forensic examination. At this time was the accident happened within 72 hours and, as

15. didn't provide HIV preventives, birth control pills, and any pills to He and, as

16. refused to provide the Medical Records, then

17. did not send her in the hospital, nor did it send her to the specialist, sent He back her home.

18. The defendant HHO, CH-CH deliberately deprived of the right to He life.

19. On February 20, 21, 2016, He got evidence of criminals in home NJ.

20. On February 24, 2016, He suicided unsuccessful on Georgia Bridge, the portrait of the of a dead a smiling black boy saved her. Plaintiff He was a single mother. her daughter Shi only was 18 old,

21. On February27, 2016, He started to have bright red hematuria. And urinary incontinence. She can only abuse antibiotic without authorization at home NJ.

22. On  March 09, 2016, He had to return to China for treatment.

23. On  March 21, 2016, He had to unemployed in the Kunming China, because She lost abstract thinking as an Architect.

24. On  March 28, 2016,  He had to underwent an operation for anal and rectum in Yunnan First People's Hospital at 157 Jinbi Rd Xishan, Kunming, Yunnan, China.

25. On May 14, 2016, He had to came back the United States for waiting HCPO and GJPD to call.

26. On July 16,17,  2016,  Defendant DELTA, AGHL, TB, AAS sent two E-mail to He in NY that DL2331 and DL017 flight on July 18, 2016 would been changed and, free change date or refund.

27. On July 17, 2016, DELTA  told He contacted the seller about flight changing in the call on Manhattan New York. then

28.  He sent two E-mail to TB, AAS that changed date to August 14th, 2016 from July 18th, 2016 in New Jersey.

29. On July 18, 2016,  AAS sent E-mail to He in New York that DL2331 and DL017  flight did not changed at 21:08 PM. But this Flight DL2331 DEPART was at 20:55 PM.  At this time,

30. defendant DELTA, AGHL, TB, AAS Flight DL2331 was in Flushing at LaGuardia Airport, departed at 22:31 PM.

31. On August 07, 2016, TB, AAS sent E-mail to He in New York that she paid $1766 for change flight tickets.

32. On August 18, 2016, HCPO and GDJPD still did not call He, it was He left the United States and, returned to China.

33. On August 25, 2016, He missed the trial of the dispute over the purchase contract and ruled that the prosecution was rejected.

34. On November 30, 2016, Cadre's Physical Examination Center Of Yunnan CADR

diagnosed He was a Uterine Fibroids, Twelve-lead electrocardiogram: (1 Sinus rhythm. (2)II. III avF T wave low or shallow down at 176 Qingnian Rd Wuhua, Kunming, Yunnan, China.

35. On December 03, 08, 09, 10, 2016, Defendant US, NY, NYPD refused to provide an interpreter to hung up call 21224493920 was one time, 2127678400 was seven times and 2123340711 was five time.

36. On December 07, 2016, He complained to the  DELTA  AGHL, TB, AAS in Hangzhou Administration for Industry and Commerce in China at 109 Fengqi East Road, Jianggan District, Hangzhou City, Zhejiang Province, China.

37. On March 21, 2017, He defended his rights and returned to the United States from the China.

38. On April 2, 2017, Defendant DSLG employees Alexander  Cabeceiras(MA) barred He from access to business services for her case due to the fact He could not speak English in One Pennsylvania Plaza,Suite 4905 New York.

39. On April 14, 2017,  Defendants US, NJ, UCNJPD and GNJPD provided falsify report that deleted the rape fact and witness of Chinese man interpreter John Doe A on February 09, 2016 at 6808 Park Avenue, Guttenberg.

40. On April 24, 2017,  the HHO, CH-CH Jane C(PO)only took out Medical Records to He, but refused to provide VRI at 176 Palisade Avenue, Jersey City.

41. On April 24, 2017, the HCPO never know what's happen about He, JaneC(PO) copied GNJPD's report at 555 Duncan Avenue - 2nd Floor, Jersey City and, letted He waiting them to call her.

42. On May 19, 2017, Defendant CFH employee Tony Taylor refused to provide housing assistance to He that she did not has Green card or citizenship at 129 Fulton St, New York, NY 10038. CFH sent He to defendant CCCSC for immigration status.

43. On May 20, 2017, Defendant NYC-RM signed a 7 services contract with He at 90 Lafayette St, New York, NY 10013.

44. On May 21, 2017, NYC-RM employee JaneD(Supervisor) agreed a night off of He in May 22 at 90 Lafayette St, New York.

45. On May 22, 2017, He copied the evidence of the victim to plaintiff Shi and talked all night until Shi boarded the plane in Laguardia Airport, Flushing. Shi flew from Seattle to share her 20th birthday with her mother. The defendant has since caused heavy mental anguish to Shi.

46. On May 23, 2017, NYC-RM canceled He's bed and, refused perform contract at 90 Lafayette St, New York. He stayed in the street of NY.

47. On May 24, 2017, NYC-RM refused perform contract of their. He stayed in the street again.

48. On May 25, 2017, NYC-RM still refused perform contract of their. He had sudden Angina when she stayed in the street after dinner in NYC-RM and, was admitted to the MSHS ED at 1 Gustave L. Levy Place and 1468 Madison Avenue, New York.

49. On May 26, 2017, Defendant MSHS, ISMMS and MSH employee Mirela Shohi Nicole Lazarciuc(MD), Abdul Vohra(MD), Benjamin McVane(MD), John Tang(MD), and Lawrence Vaynerchuk(MD) did not send her in the hospital, nor did it send her to the specialist, sent her to GOH for living six months at 143-41Barclay Ave, Flushing, NY

11355.

50. On June 23, 2017,  Defendant CCCSC employee Jusselia Molina stated to He at 80 Maiden Lane, New York that HCPO can't signed U certification for He, HCPO had a GNJPD's  the investigation report that He were not raped or forced to have sex. He letted Jusselia told GNJPD and HCPO that they would been sue.

51. On July 28, 2017, Shi transferred College for her mom He in the New York from the Seattle. Shi was only 20 years old.

52. On July 28 ,2017, Defendant Li concealed that subdivided the 1 and 2 floor into 10 unit. as is a two-family residence and,

53. residence was nonMultiple Dwelling and,  forced Shi signed one bedroom lease and, forced shi to pay August rent and deposit. The bedroom's smallpox was leaking, would move inside on August 01,2017.

54. On August 17, 2017, CCCSC couldn't help He immigrate, GNJPD can't signed U certification because the case was referred to the HCPO and,  Jusselia stated to He in CCCSC that GJPD and HCPO would sue He for wanting benefit of the government. if He would sue them.

55. On October 27, 2017, Defendant GOH sent Warning Notice to He at 143-41Barclay Ave, Flushing, she would lose her residence without cleaning the public areas.

56. On October 30, 2017,  Defendant TC and TECPC had 4 public computers in hall of TECPC at 56 Trinity Pl New York, NY 10006 and,

57. Defendant TC and TECPC employees JaneE(Manager) and Jane F left the rules of use and, refused Plaintiff He used here public computer, and

58. pushed He, forcibly removed from hall of building. At this time,

59. Defendants NY, NYC and NYPD rejected He's call 911 for help to protect personal safety at 13:32 PM. then,

60. Jane F shaked He again and thrown her to the wall, she and her phone fell to the ground in lobby of building (911call closed) at 13:42PM, she could not move.

61. Defendants US, NY, NYC and NYPD refused arrive incident scene to obtain evidence for He, that Plaintiff Shi called NYC 911 for polices and ambulance at 13:42PM, at 13:45 PM, at 13:46 PM and at 13:51PM and,

62. Defendant TC and TECPC called NYC 911 stated that He was having panic attack, she could not move, then

63. Defendant NYC stated to NY-PFI, NYP that He was having panic attack, she cannot move at 13:41:18PM.

64. Defendant NY-PFI, NYP Prehospital Care and Report Summary was stated at 13:55 PM at 56 Trinity Pl New York by employees Devon Chung and Joseph Galizia that patient stated, she was forcibly removed from building and fell to the ground.

65. Defendant NY-PFI, NYP, WCM, NY-PLMH employees Ahmed, Abdul-Aziz R. (MD), Niedzwiędz Camilla(Scribe), Siddiqui Elsa (RN) and Persaud Angela (SN) refused to provide Video Remote Interpreter to He, but,

66. defendant employees JohnC(Cantonese Interpreter) translated for Ahmed and He only in He's Medical record that Plaintiffs can't speak Cantonese, and Plaintiffs never saw JohnC(CI) and no JohnC name in He's Medical record at 170 William St, New York

and,

67. employees Ahmed(MD) refused He stated that fell to the ground and,

68. didn't send a radiology and any tests for her chest, back, lumbar and head pain from falling, and,

69. did not send her in the hospital, nor did it send her to the specialist, sent her to family doctor Dr Flya Kleyn of defendant MM and would be in November 8, 2017.

70. On October 30, 2017, defendant US, NY, NYC and NYPD still refused to arrive at incident site to obtain evidence and accepted the case to He at 19:30 PM, at 20:25 PM and 20:58 PM.

71. On November 09, 2017, Defendant CLM& C employees Mitchell L. Pascual oathed giving false evidence in MEMORANDUM OF LAW IN SUPPORT of GNJPD at 300 Lighting Way, Secaucus, NJ 07094, that the Chinese man was translating for He in CH-CH on February 09, 2016.

72. On November 21, 2017, Defendant US, NY, NYC and NYPD employees 21133(PO) and 21587(PO) refused He make an Illegal eviction and Burglary report that defendant GOH changed the locks of He's residence and, pried open the lock of He's wardrobe of valuables and, stolen all her property on143-41Barclay Ave, C two floor, Flushing. and,

73. didn't return He to her residence and, nor did it send her to the housing Court, sent her a handcuffs (21133(PO) )if she didn't leave here. then,

74. Defendant US, NY, NYC and NYPD-109P employees JohnD(PO) and JaneG(PO) refused to deliver the stolen items to He and,

75. letting He found her stolen items in garbage bags at 135-20 35th Ave, Flushing and,

76. JohnD(PO) refused He made Illegal eviction and Burglary report on 37-05 Union St, Flushing.

77. didn't send her to the housing Court and Civil Court, sent her staying in street at 20:30 PM.

78. On November 22, 2017, Defendant MSHS, ISMMS and MSH did not send the He in the hospital, nor did it send the her to the specialist for her chest, back, lumbar and head pain from falling, sent her to the Women's shelter. Nothing were here at 19:28PM in 135-20 35th Ave, Flushing when they arrived here.

79. On November 22, 2017, Shi invited He stay in her renting house . He promises to pay the rent of $50 a day to Shi after He receives the claim.

80. On November 27, 2017, GOH damaged Hes' valuables GUCCI; BURBERRY;

TORY 'BURCH were contaminated and deformed by the rain, and emitted a bad smell in the garbage bag. One phones can't open.The notebook lost its sound.

81. GOH refused to return He's jade necklace, USB and important evidence files brought from the china, Makeup, toiletries, all food including food in a 960-liter fridge at 135-20 35th Ave, Flushing. then,

82. The US, NY, NYC and NYPD employees Gigante(PO) and Jane H( PO) would provide a Burglary report to He No. 3707 at next week in NYPD-109P. as |E-51-52|

83. On December 13, 2017, Defendant Li found He lived with Shi, that forced He to pay her rent directly December 11th to 31th and, would pay rent of next month on 28 day the month.

84. On December 18, 2017, Defendant AHP, MM employees JaneI(MA) did not send the

28

He to the specialist for her chest, back, lumbar and head pain from falling on October

30, 2017,  sent He to first class physical therapy and took ibuprofen medication to cover

disease in MM.

85. On January 02, 2018, NY, NYC- HRA rejected application of He of victim of domestic

violence on May 01, 2017 for food assistance and house and,

86. didn't provide a report of decision to her. He couldn't appeal for it.

87. On January 25, 2018, Defendant Li forced He sign lease of bedroom of HSs' rent again,

He refused it.

88. On February 07, 2018, Defendant AHP,  MM employees Gouping Zhou(M.D),  Ilya

Kleyn(MD), JaneI(MA) , L.S(SN) and Batya Papc(study) did the EEG tests to He for

she squat, standing occasionally feel dizzy 225 Broadway Suite 1420 New York and,

89. Batya draw blood to He tests  for her back, lumbar and head pain from falling on

October 30, 2017. At this day,

90. He read about EEG in her home, she was insomnia, panicked then, changed her family

doctor and, did not dare to see a Doctor, only eat Ibuprofen and physical therapy to

relieve pain.

91. On February 07, 2018, AHP, MM employees Gouping Diagnosis: He was normal EEG.

But, MM stated that they had an other one medical institution diagnosis of He was a

seizures.

92. On March 2, 2018, Defendant US, NY, NYPD destroyed the burglary report on

November 21, 2017 at 143-41Barclay Ave, Flushing.

93. On March 2, 2018, Defendant Li , Mash, JohnE(PO) and JohnF(PO)  came in He's rent

29

at 22:10 PM and, Li and Mash stated to policemen that He was Illegal invasion, He refused to sign lease.

94. On March 13, 2018, US, NY, NYC, NYC-TA and TAB employees Vara (hearing Officer) refused to provide a free lawyer to He for default decision and order of TAB on February 03, 2018 in TAB. And He provided a support letter of homeless from the CFH. and,

95. Summons and default decision of 114502704 were to XueGie He, it wasn't Plaintiff name was Xuejie He.

96. On March 23,2018, Defendant US, NY, NYC, NYC-TA and TAB forced He to pay penalty $150.00 to XueGie He. He never saw judge and, was forced to pay $ 150 for XueGie He on March 29,2018 in 29 Gallatin Pl, Brooklyn.

97. On March 23, 2018, He was walking on a common property on the premises owned and managed by Defendant NY, NYC, John Doe B, NYC-DOT and NYC-DDC on the sidewalk in front of 138 scribner ave, staten island, NY, 10301, this place Pedestrian Ramps had a 40° to 45° and,

98. sidewalks was below the roadway elevation and,

99. no curb between the sidewalk and the roadway and,

100. no transverse sidewalk grade and, no drainage sump and

101. roadway water drains into sidewalk.

102. At that same time and place was Roadway snow melts and flows into sidewalk icee and caused the He to slip and fall, causing her severe injuries, broken in the wrist and,

concussion and, the Cervical Vertebrae, Lumbar Vertebrae, Spine and tooth were injury.

103.On March 23, 2018, Defendant MSHS, ISMMS and MSBI employees Michelle Lin (MD), Julissa Velasquez (PA-C ),Lindon Richards (RN) used the splint for He's comminuted distal bone fractures at 281 First Avenue New York and,

104.refused to check physical illness from slipping and falling and,

105.taking painkillers to cover up physical illness and,

106.did not send her in the hospital, nor did it send her to the specialist emergency department, and only sent He to Renata V Weber(MD) for her hand.

107.On March 27, 2018, MSHS, ISMMS and MSBI employees Kevin Nelson(PA-C) and David Terca(MD) did a new gypsum splint for He hand severe swelling 281 First Avenue and,

108.didn't provide translation to her and, didn't check her dizzy and Vomiting, stated it was symptoms of painkillers reactions and,

109.still did not send the He in the hospital, nor did it send the she to the specialist emergency department, still kept to sent He to Renata V Weber(MD) by appointment.

110. On April 09, 2018, Renata V Weber(Dr) had to an operation to He, she didn't have money to pay, Weber refused her operation in 1049 5th Ave Ste 2D New York.

111.On April 13, 2018, AHP, MSHS, ISMMS and MSW employees Javier Z(MD) gave up an operation to He's hand at 1000 10th Avenue, New York.

112.On April 19, 2018, Defendant NY, NYC, NYPD employees John G,John H, John I and

John J refused to provide the attack report to He in inside126 scribner ave 1 floor,

113. that Li, Mash, Chen and JohnJ illegal trespassed her home and,

114. attacked her, because she continued vomited in the toile, then He was sent to RUMC by polices.

115.Defendant AHP, MSHS, ISMMS and RUMC employees Godick Simeon (MD) Diagnosis: He was Concussion, disc protrusions and disc osteophyte complex in RUMC and,

116.did not send her in the hospital, nor did it send her to the specialist, sent to Neurology of Concussion by appointment.

117.On May 16 and 25, 2018, Defendant LSNYC employees Mike(Attorney)and TLAS employees Andrew Sy(Attorney) were respondent lawyer as Plaintiffs in the eviction case No.051338-18. They refused counterclaim, that

118.case's petitioners Li, Mash, Chen and JohnJ made personal injury to He on April 19, 2018 and ,

119.forced Plaintiffs payment rent to NonMultiple Dwelling and,

120.Plaintiffs were living in a dangerous building that has been illegally transformed.

121.On May 29, 2018, Defendant NYPD-121P employees John K and Jane J stated that He made an attack report No.975 on April 19, 2018 was in NYPD-120P.

122.On June 10, 2018, NYPD employees John L (PO)and John M(PO) couldn't provide report to He that Defendant Li and Mash illegal trespassed inside He's home and threatened to hit her incident site at 126 scribner ave, staten island.

123. On June 14, 2018, Defendant NY NYC-HPD refused to enforce law to Mash and JohnJ was illegal demolishing two bed rooms inside 126 scribner ave, staten island.

124. On June 21, 2018, Defendant NY, NYC and ONYC.CO's eClaim system couldn't be filed due by a technical failure. And this day was the last day of Plaintiff He application for claim registration.

125. On June 22, 2018, ONYC.CO employees John N and John O confirmed the technical failure of the eClaim system to He and, letted her completed and submitted the manual form submission at 2: 20PM and, promised to prove this malfunction at 1 Center Street, New York.

126. On July 03, 2018, Defendant NY, NYC, ONYC.CO employee Scott M. Stringer (Comptroller) disallowed He claim by was due to overdue application at 1 Center Street, New York.

127. On July 15, 2018, Plaintiffs authorized defendant LSNYC and TLAS to counterclaim and defend for their case in 36 Richmond Terrace Ste. 205 and 60 Bay Street, Staten Island.

128. On July 24, 2018, Mike and Andrew got 30 day Notice of plaintiffs by Mash too.

129. On July 30, 2018, Defendant NY, NYC, NYPD destroyed He's attack report No.975 on April 19, 2018 inside 126 scribner ave, staten island and,

130. used He's harassment report No.4472 replaced He's attack report No.975.

131. On August 09, 2018, LSNYC employees Mike and TLAS employees Andrew violated the plaintiff 's authorization as long as the judge's judgment and counterclaim, and

132. gave up eight months rent of 1 family residence and,

133.no condition to agree that case's Plaintiffs Mash withdrew the lawsuit.

134.As a direct result: Defendant Mash immediately began the eviction process again on August 16, 2018.

135.On August 16, 2018. Defendant NY, NYC and defendant Joan M. Kenney(Judge)only lost No. SC 890/2018 records of He that Kenney(Judge) only asked He and,

136.answered all questions of He asked to the case defendant Hairong Xue and,

137.didn't let the case defendant Hairong Xue said a word in Civil Court of the City of New York County of New York at 111 Centre St, New York.

138.On August 31, 2018, MSHS, ISMMS MSH employees Cnarles Stacy (MD) and JaneK (Manager) refused to provide He referral record of cervical spine, didn't accept her insurance (Four months ago appointment) and, He didn't have money to pay that ,

139.Jane K publicly humiliated He in the waiting room and,

140.Cnarles recorded "Note: left without paying" in her medical record and "Note shared with patient" in 5 E 98th St, New York.

141.On September 10, 2018, Defendant AHP and MDA employees JaneL(MD) refused to treat He's the dental diseases from falling on the ice that He didn't have money to pay. then,

142.referral He to defendant AHP, NYU and NYU-CD and,

143.refused to provide medical records at 225 Broadway, New York.

144.On September 24, 2018, Defendants NY, NYC, NYPD employees 16050(PO) and 18968(PO) refused He made a report inside 126 scribner ave, staten island that

34

someone illegal trespassed the plaintiff's home and sprayed Attack Bugs into the plaintiff 's food at before 7: 56AM.

145.On September 27, 2018, Defendants NY, NYC, NYPD employees JohnP(PO) and John Q(PO) refused He made a report inside 126 scribner ave, staten island that ate food in her home, mouth and tongue felling numbness, hearing impairment. Then sent her in the RUMC.

146.On October 1, 2018, Defendants NY, NYC and NYPD employees Richardson ( PO 23505) and Ganevan (PO)refused He made an Illegal eviction and Burglary report that defendants Mash and Li illegally invaded plaintiff's home at 5:46 AM on side 126 scribner ave, 1 floor staten island and,

147. On September 24, 2018, at 5:37 AM Li and Mash broke into plaintiff's home illegally and,

148.Li was filming to He, Mash holds a weapon (wooden stick) and,

149.stole heating switch and, robbed the Attack Bugs that was sprayed into the plaintiff's food . then

150.NYPD-120P accepted He made this Illegal invasion and Burglary report in 78 Richmond Terrace, Staten Island.

151.On October 2, 2018, Defendants AHP, NYU and NYU-CD General employee jasper lu (DDS) and John R(MD)can't treatment He Periodontics, did not send her in the Periodontics, nor did it send her in the Endodontics, sent her waiting.

152.On October 25, 2018, Defendant LSNYC refused to service eviction case of He at 36

Richmond Terrace Ste 205 Staten Island and, sent He to the TLAS.

153.On October 29, 2018, Defendant TLAS employees Andrew Sy and John S (Manager) refused to service eviction case of Plaintiffs that eviction case had closed at 60 Bay Street, Staten Island.

154.On November 06, 2018, Defendants US, NY, Louis. L Stanton modified the amount of claim of the complaint No.18-CV-7806 was $58,008.456 from was $58,008,456 , Refusal to issue summons, then dismissed the He's complaint under lacks subject-matter jurisdiction and lacks diversity jurisdiction.He did Legal Research and Preparing Briefs.This JUDGMENT was REMANDED by US Court of Appeals Second Circuit (No.18-3572) on April 04, 2019.

155.On November 06, 2018, Defendants US, NY, Stanton didn't issue summons and, ordered the plaintiff He made perjury that amend complaint No.18-CV-9934 facts of statement of the case and, amend title and, amend relief in the US District Court Southern District Of New York. Plaintiff refused to perjury and, appealed on November 28, 2018. Stanton dismissed the He's complaint on about January, 2019.

156.On December 20, 2018, Defendant NY, NYC ,Doris Ling-Cohan, Lizbeth Gonzalez and Matthew F. Cooper affirmed a decision of the trial court lost trial transcript in 60 Centre Street New York, NY 10007.

157.On February 1, 2019, Defendants NY, NYC and defendants Kimberley Slade(judge) trialed and judgement the nonlegal name petitioner Jim J Mash( legal name was Jim Mash) in eviction case No.LT -053082-18 and,

158.refused to provide a free lawyer to case respondent He and Shi and,

36

159.refused He to provide Chinese evidence, and refused Court interpreter to translate for them.

160.refused He defense to represent Shi then,

161.forced He to leave the trial court on last 15 minutes of trial and,

162.forced He back to court for judgment in Civil Court of the City of New York County of Richmond.

163.On February 11, 2019, AHP, CC, FC and NYU-CD jasper send He to Prosthodontics for Periodontics, Prosthodontics employee John T could't treatment Periodontics and, send He back to jasper.

164.On March 1, 2019, Defendant NY and NYC employee Kenneth Giachetta(Marshals) enforced an invalid judgment by a Notice Of Eviction No.77694 at 155 New Dorp Plaza Staten Island, NY 10306, that judgment was nonlegal name.

165.On March 6, 2019, Defendant CB employee Glenn Berry(staff Attorney) refused to appeal on behalf of He for the eviction case and the eviction notice at 120 Stuyvesant Place, Suite 413, Staten Island and,

166.the case was definitely to prevail the case's that the case's plaintiffs used nonlegal name and, the never signed for lease and, end the lease early. Respondent He was under-tenant.

167.On March 18, 2019, Defendant US, NY, NYC-HPD, NYCPD, Li and Mash locked the indoor temperature of the plaintiff's house from 63°F to 67°F date from October1,2018 to March18,2019.

168.On March 18, 2019, Defendant Hingsze Cho signed one bedroom lease and, forced

plaintiffs to pay rent for nonMultiple Dwelling and, refused to provide rent receipt

inside 162 wastervelt Ave. Plaintiff dare not complain to Defendant US, NY, NYC,

fearing to be deported again.

169.On March 27, 2019, Plaintiff refused to perjury, Defendants US, NY, Barrington D.

Parker, Peter W. Hall, Christopher F. Droney Judges didn't send the summons and,

defended on behalf of the defendant and, dismissed the plaintiff appeal No. 18-3584 in

United States Court of Appeals for the Second Circuit. Caused plaintiff property loss,

reputation loss, and loss in emotion.

170.On April 30, 2019, Defendant AHP, CC, FC, NYU, NYU-CD jasper sent He to

Prosthodontics again. Prosthodontics employee John B(Manager) refused to treat for

He, did not send her in Periodontics, nor did it send her in Endodontics, sent her

waiting thier appointment until today.

171.On May 29, 2019, Shi and He filed the Loss Claim Form with Notice Of Eviction to

the ONYC.CO.

172.On June 05, 2019. NY, NYC, ONYC.CO assigned the claim number was

2019P1015357, and will do them best to investigate and, settle Shi and He's claim.

173.On June 07, 2019, Defendant NY, NYC, ONYC.CO employee Scott M. Stringer

(Comptroller) and Charles Castaldo disallowed Shi and He's claim by failed to provide

the date, location and description. but,

174.the date, location and description were in **LCF** page 1 and page 2. that,

38

175. Defendant NY, NYC, ONYC.CO were in violation of the Equal access.

176. On June 7, 2019, Defendant NY, NYC, CUNY, BMCC employee Lily Yi Elkin (Assistant Director of International and Transfer Services)terminated Shi's studies, that,

177. Shi didn't have money to continue learning, that,

178. Shi didn't have money to transfer to university.

179. Lily did not send her in the school for financial aid, nor did it send her to the NYC government for financial aid and, sent her to terminate her studies.

180. On today, Defendant NJ, NY, NYC and NYC-HPD forced Plaintiffs were living in dangerous building that defendant Hingsze Cho Illegal rebuilt that 1 and 2 floor basement and loft into 12 unit as is a two-family residence, that

181. this building has been complained illegal transforming to NYC-HPD on 2014 at 162 wastervelt Ave..

182. The malicious nature of the accused, which seriously led to the physical injury, mental pain and personal humiliation of the appellant, Bullying and harassment.

## VIII. INJURIES

183. As a direct and proximate result of the malicious nature and negligence of the Defendant, the Plaintiff:

184. Plaintiff He sustained severe physical injuries, including Lost Wonders For Creativity, a Uterine Fibroids ,HIV, Sinus rhythm, II. III avF T wave low or shallow down,

39

Angina, wrist fracture and comminuted distal bone fractures, Concussion, disc

protrusions thecal sac, disc osteophyte complex, residual effects of the cervical

spine, Severe dizziness, vomiting, severe headaches, Dental disease, Anxiety and

Panic and other injuries.

185.Plaintiff He sustained severe lost property, including lost house; lost rent; lost contract

income; lost salary income, loss car, Property stolen, property damaged, pay family

driver and interpreter salary.

186.He will require the above diseases and additional surgeries and treatment in the future,

HIV check treatment, Parkinson's disease caused by concussion, seeing neurologists or

dyskinesia specialists in the future.

187. Plaintiff Shi's JPA drops and drops from A, Shi was out of school in September 2019,

didn't have money to pay for tuition and,

188.dream of becoming a doctor was destroyed by the defendants. Shi suffered from

spiritual suffering and lose income of doctor in the future and pay interpreter salary.


## IX.  RELIEF

WHEREFORE, Plaintiffs prays for judgment against Defendants as follows:

For Plaintiff He general and compensatory damages: $107,992,000.00. For Plaintiff Shi

general and compensatory damages: $46,234,560.00( Doctor income for 40 years

$12,000,000.00, spiritual suffering compensation: $36,000,000.00.), punitive damages,

liquidated damages, and reasonable attorneys' fees, gain legal status in the United States,

any other and further relief that the court considers proper and costs as remedies for Respondents' violations of their rights.

## X.   Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: _June 30, 2020_

XUEJIE HE

HEYANGJING SHI

41

## Attached

*Defendant(s) :*

UNION CITY POLICE DEPARTMENT, NEW JERSEY
GUTTBENBERG POLICE DEPARTMENT
CHASAN LAMPARELLO MALLON & CAPPUZZO,  PC
HUDSON HOSPITAL OPCO LLC
CAREPOINT HEALTH-CHRIST HOSPITAL
HUDSON  COUNTY PROSECUTOR'S OFFICE
DELTA AIR LINES, INC
ALIBABA GROUP HOLDING LIMITED
TAOBAO
ASLAN AVIATION SERVICES (SHANGHAI) CO., LTD.
DEREK SMITH LAW GROUP, PLLC
COALITION FOR THE HOMELESS
CATHOLIC CHARITIES COMMUNITY SERVICES CENTER
NEW YORK CITY
NEW YORK CITY HUMAN RESOURCES ADMINISTRATION
NEW YORK CITY RESCUE MISSION
TRINITY COMMONS
TRINITY EPISCOPAL CHURCH PARISH CENTER
NEW YORK-PRESBYTERIAN FOUNDATION INC
NEW YORK-PRESBYTERIAN HOSPITAL
NEWYORK-PRESBYTERIAN LOWER MANHATTAN HOSPITAL
WEILL CORNELL MEDICAL
JOHN C
MODERN MEDICAL.PC
AFFINITY HEALTH PLAN INC
CENTENE CORPORATION
FIDELIS CARE
NEW YORK CITY POLICE DEPARTMENT
NEW YORK CITY POLICE DEPARTMENT 109TH PRECINCT
NEW YORK CITY POLICE DEPARTMENT 120TH PRECINCT
NEW YORK CITY POLICE DEPARTMENT 121TH PRECINCT
GARDEN OF HOPE
NEW YORK CITY TRANSIT AUTHORITY
TRANSIT ADJUDICATION BUREAU
NEW YORK CITY DEPARTMENT OF TRANSPORTATION

NEW YORK CITY DEPARTMENT OF DESIGN AND CONSTRUCTION
NEW YORK CITY DEPARTMENT OF HOUSING PRESERVATION AND
MOUNT SINAI HEALTH SYSTEM INC
ICAHN SCHOOL OF MEDICINE AT MOUNT SINAI
MOUNT SINAI HOSPITAL
MOUNT SINAI BETH ISRAEL
MOUNT SINAI WEST
RICHMOND UNIVERSITY MEDICAL CENTER
OFFICE OF THE NEW YORK CITY COMPTROLLER
NEW YORK UNIVERSITY
NEW YORK UNIVERSITY COLLEGE OF DENTISTRY
METROPOLITAN DENTAL ASSOCIATES
LEGAL SERVICES NYC
THE LEGAL AID SOCIETY
NEW YORK CITY MARSHALS
CAMBA, INC.
CITY UNIVERSITY OF NEW YORK
BOROUGH OF MANHATTAN COMMUNITY COLLEGE
RENATA V WEBER
JOAN M. KENNEY
DORIS LING-COHAN
LIZBETH GONZALEZ
MATTHEW F. COOPER
LOUIS. L STANTON
BARRINGTON D. PARKER
PETER W. HALL
CHRISTOPHER F. DRONEY
KIMBERLEY SLADE
LI YANFEN
MASH JIM
LIUFENG CHEN
JOHN DOE JIM
HINGSZE CHO
JOHN DOE B

AO 240 (Rev. 07/10) Application to Proceed in District Court Without Prepaying Fees or Costs (Short Form)

# UNITED STATES DISTRICT COURT
### for the
### District of New Jersey

| | |
|---|---|
| XUEJIE HE, HEYANGJING SHI | ) |
| _Plaintiff/Petitioner_ | ) |
| v. | ) Civil Action No. |
| UNITED STATES, STATE OF NEW JERSEY ET AL., | ) |
| _Defendant/Respondent_ | ) |

## APPLICATION TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING FEES OR COSTS
### (Short Form)

I am a plaintiff or petitioner in this case and declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief requested.

In support of this application, I answer the following questions under penalty of perjury:

1. _If incarcerated._ I am being held at: _____ .
If employed there, or have an account in the institution, I have attached to this document a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months for any institutional account in my name. I am also submitting a similar statement from any other institution where I was incarcerated during the last six months.

2. _If not incarcerated._ If I am employed, my employer's name and address are:

Nothing

My gross pay or wages are: $ _____ 0.00 _____ , and my take-home pay or wages are: $ _____ 0.00 _____ per

_(specify pay period)_ _____ No _____ .

3. _Other Income._ In the past 12 months, I have received income from the following sources _(check all that apply)_:

| | | |
|---|---|---|
| (a) Business, profession, or other self-employment | ☐ Yes | ☑ No |
| (b) Rent payments, interest, or dividends | ☐ Yes | ☑ No |
| (c) Pension, annuity, or life insurance payments | ☐ Yes | ☑ No |
| (d) Disability, or worker's compensation payments | ☐ Yes | ☑ No |
| (e) Gifts, or inheritances | ☐ Yes | ☑ No |
| (f) Any other sources | ☐ Yes | ☑ No |

_If you answered "Yes" to any question above, describe below or on separate pages each source of money and state the amount that you received and what you expect to receive in the future._

AO 240  (Rev. 07/10) Application to Proceed in District Court Without Prepaying Fees or Costs (Short Form)

    4.  Amount of money that I have in cash or in a checking or savings account:  $ _____ 120.00 .

    5.  Any automobile, real estate, stock, bond, security, trust, jewelry, art work, or other financial instrument or thing of value that I own, including any item of value held in someone else's name *(describe the property and its approximate value)*:

Description Jade bracelet, Value $26,000.00 , Description   Brand-name limited edition bag, Value $7,000.00.

    6.  Any housing, transportation, utilities, or loan payments, or other regular monthly expenses *(describe and provide the amount of the monthly expense)*:

Total monthly expenses:  $1,380 , Rent $ 700, telephone $ 120, Food $ 200, Clothing $ 50  Laundry and dry-cleaning $ 20, Medical and dental expenses $200,  Transportation $ 60, Life $ 30.

    7.  Names (or, if under 18, initials only) of all persons who are dependent on me for support, my relationship with each person, and how much I contribute to their support:

No.

    8.  Any debts or financial obligations *(describe the amounts owed and to whom they are payable)*:

No.

    *Declaration:*  I declare under penalty of perjury that the above information is true and understand that a false statement may result in a dismissal of my claims.

Date: _____ June 30,2020

                                                       *Applicant's signature*

                                               HE YANGJING SHI

                                                    *Printed name*

U.S. POSTAGE PAID
FCM LG ENV
NEW YORK, NY
10007
JUL 01, 20
AMOUNT
$2.60
R2304W119621-35

1000

07101

Xuejie He
CLERK
U.S. DISTRICT COURT
DISTRICT OF NEW JERSEY
RECEIVED
2020 JUL -6 A 10: 02
40 Ann Street
New York, NY 10038

Martin Luther King Building
& U.S, Courthouse
50 Walnut Street Room 4015, Newark, NJ 07101