UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| XUEJIE HE, *et al.*,<br><br>    *Plaintiffs*,<br><br>v.<br><br>UNITED STATES OF AMERICA, *et al.*,<br><br>    *Defendants*. | Civil Action No. 20-8545<br><br>**OPINION & ORDER** |

**John Michael Vazquez, U.S.D.J.**

    This matter comes before the Court by way of motions for leave to appeal *in forma pauperis* filed by *pro se* Plaintiffs Xuejie He and Heyangjing Shi, D.E. 15, D.E. 16; and it

    **APPEARING** that on August 27, 2020, the Court granted Plaintiffs' application to proceed *in forma pauperis* in the underlying district court action, D.E. 2; and it further

    **APPEARING** that pursuant to Federal Rule of Appellate Procedure 24(a)(3), a party who was permitted to proceed *in forma pauperis* in the district court action may proceed on appeal *in forma pauperis* without further authorization unless the district court certifies that the appeal is not taken in good faith or finds that the party is not otherwise entitled to proceed *in forma pauperis*, or a statute provides otherwise; and it further

    **APPEARING** that the Court has not found that any of the exceptions to Plaintiffs' right to proceed *in forma pauperis* without further authorization pursuant to Federal Rule of Appellate Procedure 24(a)(3) apply; therefore

    For the foregoing reasons, and for good cause shown,

    It is on this 10th day of January 2022,

**ORDERED** that Plaintiffs' motions for leave to appeal *in forma pauperis* are **GRANTED**; and it is further

**ORDERED** that the Clerk's Office shall deliver a copy of this Order to Plaintiffs by regular mail and certified mail return receipt.

John Michael Vazquez, U.S.D.J.